**Kenneth W. JOHNSON, Appellant**

v.

**Jesse GADSON, et al., Appellees.**

Nos. 06–7171, 06–7204.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 9, 2007.

Rehearing En Banc Denied Jan. 23, 2008.

Kenneth W. Johnson, North Potomac, MD, for Plaintiff–Appellant.

Jesse Gadson, Charles William McIntyre, McGuirewoods LLP, Washington, DC, John S. Barr, McGuirewoods LLP, Richmond, VA, Joseph Armand Artabane, Artabane & Belden, Washington, DC, Elbert R. Shore, Jr., Raden & Smith, Silver Spring, MD, for Defendants–Appellees.

BEFORE: HENDERSON, TATEL, and KAVANAUGH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the judgment of the district court be affirmed. The district court correctly concluded that appellant's complaint failed to state a claim upon which relief could be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.